UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RUSSELL COLEMAN,<br>Plaintiff | CIVIL ACTION NO. 1:20-CV-00804 |
| VERSUS | JUDGE DRELL |
| LOWE'S HOME CENTERS,<br>L.L.C., *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Coleman's Motion to Remand (ECF No. 8) is GRANTED for lack of diversity jurisdiction, and this case is REMANDED to the Ninth Judicial District Court, Rapides Parish, Louisiana.

THUS ORDERED AND SIGNED in chambers at Alexandria, Louisiana on this 23rd day of March, 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT